

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 14–31908
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Joey Lynn Hunt
    dba All American Overhead Door LLC, Tax ID
    71–0910896
  4937 Victoria Ave
  Charlotte, NC 28269
  Social Security No.: xxx–xx–7950

# ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

  $83.75 on or before 11/28/14

  $83.75 on or before 1/1/15

  $83.75 on or before 2/4/15

  $83.75 on or before 3/12/15

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

Dated: November 13, 2014                          BY THE COURT

                                                  J. Craig Whitley
                                                  United States Bankruptcy Judge

Electronically filed and signed (11/13/14)