

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 14–31908
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Joey Lynn Hunt
      dba All American Overhead Door LLC, Tax ID 71–0910896
   4937 Victoria Ave
   Charlotte, NC 28269
   Social Security No.: xxx–xx–7950

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above–referenced debtor failed to file certain schedules, statements, or other documents as required by the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: December 2, 2014                BY THE COURT

                                            J. Craig Whitley
                                            United States Bankruptcy Judge

Electronically filed and signed (12/2/14)